**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**JANE DOE #1, et al.** **PLAINTIFFS**

**V.** **CIVIL ACTION NO. 1:26-cv-180-GHD-RP**

**S & J AUTO SALES OF ABERDEEN, INC., et al.** **DEFENDANTS**

**ORDER STRIKING ANSWER**

The plaintiffs brought this action pursuant to the William Wilberforce Trafficking Victims Protection Reauthorization Act against S & J Auto Sales of Aberdeen, Inc. and Steven Colburn seeking damages and other relief for the defendants' alleged sex trafficking of the plaintiffs when they were minors. On September 28, 2026, an answer to the complaint was filed purportedly on behalf of S & J Auto Sales of Aberdeen and signed by Heather Holloway. ECF 5. However, Ms. Holloway may not represent S & J Auto Sales of Aberdeen, which may appear in this action only through a licensed attorney admitted to practice in this court.

It is well settled law in the Fifth Circuit that "a corporation can appear in a court of record only by an attorney at law." *Southwest Express Co v. *932 Interstate Commerce Comm'n*, 670 F.2d 53, 55 (5th Cir. 1982). "A corporation as a fictional legal person can only be represented by licensed counsel." *In re K.M.A., Inc.*, 652 F.2d 398 (5th Cir. 1981). In other words, a corporation may not represent itself or have an owner or officer represent it in federal court unless that person is a licensed attorney. Heather Holloway is not a licensed attorney admitted to practice in this court.

THEREFORE, the answer filed on behalf of the defendant S & J Auto Sales of Aberdeen, Inc. [ECF 5] is STRICKEN. S & J Auto Sales of Aberdeen, Inc. is granted until November 3, 2026 to answer or otherwise respond to the plaintiff's complaint by and through a licensed

attorney admitted to practice in this court. The clerk is directed to mail a copy of this order to S & J Auto Sales of Aberdeen, Inc. at 51669 MS-25, Aberdeen, MS 39730.

FURTHER, the Plaintiff's Motion to Direct Defendant S & J Auto Sales of Aberdeen, Inc. to Retain Counsel and to Strike the Answer [ECF 6] is terminated as MOOT.

SO ORDERED, this, the 13th day October, 2026.

s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE